IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    No. 1:18-CR-0190
    :
    :
    v.    :
    :
    :
FERNANDO RODRIGUEZ-COLON  :    Judge Sylvia H. Rambo

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motions to suppress evidence and to suppress certain statements, (Docs 29, 31,) are **DENIED**.

 s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: January 3, 2019